THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS LANCASTER, Appellant.

The defendant's arguments that he was too intoxicated to form the requisite intent, and that he did not perform a voluntary act, were presented to and rejected by the trier of fact. Ample evidence supported the verdict of guilt *(see, People v Malizia,* 62 NY2d 755, *cert denied* 469 US 932; *People v Watson,* 111 AD2d 419).

We have examined the defendant's remaining contentions, including those advanced in his *pro se* supplemental brief, and have found them to be without merit. Thompson, J. P., Bracken, Eiber and Spatt, JJ., concur.